IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAY CHRISTOPHER WELBORN**                                  **PLAINTIFF**

**V.**                                                                                    **NO. 3:20-CV-267-DMB-RP**

**COMMISSIONER OF SOCIAL**
**SECURITY**                                                                            **DEFENDANT**

### ORDER

On September 16, 2021, United States Magistrate Judge Roy Percy issued a Report and Recommendation recommending that Jay Christopher Welborn's case be dismissed without prejudice due to Welborn's failure to comply with a court order. Doc. #24. No objections to the Report and Recommendation were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and found no plain error on the face of the record. Accordingly, the Report and Recommendation [24] is **ADOPTED** as the order of the Court and this case is **DISMISSED without prejudice**. A final judgment will be issued separately.

**SO ORDERED**, this 5th day of October, 2021.

                                                                           **/s/Debra M. Brown**
                                                                           **UNITED STATES DISTRICT JUDGE**