IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAY CHRISTOPHER WELBORN                                                                 PLAINTIFF

V.                                                                       NO. 3:20-CV-267-DMB-RP

COMMISSIONER OF SOCIAL
SECURITY                                                                                DEFENDANT

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice.**

**SO ORDERED**, this 5th day of October, 2021.

                                                                                 /s/Debra M. Brown
                                                                                **UNITED STATES DISTRICT JUDGE**